the Buffalo Steam Roller Company. No opinion. Order (87 Misc. Rep. 20, 149 N. Y. Supp. 1050) affirmed, with $10 costs and disbursements. See, also, 162 App. Div. 926, 147 N. Y. Supp. 1100.

In re BOYLE. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of the application of Phœbe A. D. Boyle, etc.

PER CURIAM. Order (151 N. Y. Supp. 1022) resettled, so as to allow a bill of costs to each of the special guardians on the appeal, payable out of the estate, and one bill of costs to be divided between the other respondents, each to tax his disbursements, payable by the appellant.

BOYLE v. GEO. A. FULLER CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Martin Boyle against the Geo. A. Fuller Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1105.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Annette Brandt, an infant, etc., against Edward A. A. Brandt, as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Clara Augusta Brandt against Edward A. A. Brandt as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Harry E. Brandt against Edward A. A. Brandt, as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BREEN v. ESSEX COUNTY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Alice Breen against the County of Essex. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRESSLIN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Leon Bresslin against the Star Company. No opinion. Motion denied, without costs. See, also, 151 N. Y. Supp. 660.

In re BREWSTER. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of George R. Brewster, an attorney. No opinion. Motion granted.

BRIDGES v. BROOKLYN UNION GAS CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Henry W. Bridges against the Brooklyn Union Gas Company. H. J. Leffert, of New York City, for plaintiff. A. E. Goddard of Brooklyn, for defendant. No opinion. Order affirmed. Order filed.

BRINKMAN, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Michael Kearon Brinkman against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presents a question of fact as to whether the defendant was negligent in failing to adopt a reasonable and proper system of inspection of the chains furnished plaintiff in the performance of his work.

FOOTE, J., dissents.

BROKAW, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James I. Brokaw against William G. Brown. H. M. Hitchings, of New York City, for appellant. V. P. Donihee, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROKAW v. SHERRY. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Elvira G. Brokaw against Louis Sherry. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1100.

BROKAW v. SHERRY. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Elvira G. Brokaw against Louis Sherry. No opinion. Motion for an order to relieve appellant from printing exhibits and extending time to serve printed papers denied. Settle order on notice. See, also, 152 N. Y. Supp. 1100.

BROOKS, Appellant, v. ROSEFF, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Harry Brooks against Samuel Roseff. A. J. Geist, of New York City, for appellant. J. L. Coe, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BROWN. (Supreme Court, Appellate Division, First Department. March 12, 1915.)